IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | ' | |
|---|---|---|
| | ' | |
| V. | ' | No. 3:16-CR-242-M |
| | ' | |
| REBECCA GRIMES (04), | § | |
| Defendant. | ' | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the magistrate judge are correct, and they are accepted as the Findings and Conclusions of the Court. Defendant Rebecca Grimes's Motion for Interim Payment [Dkt. 706] is therefore denied without prejudice.

**SO ORDERED** this 30th day of October, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE